IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOSEPH RIMEL, ) | |
|           Plaintiff, ) | |
| ) | Civil Action No. 2:13-CV-01209-AJS |
| v. ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
|           Defendant. ) | |

## ORDER OF COURT

AND NOW, this 25th day of March, 2014, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED that the Defendant, Commissioner's Motion for Summary Judgment (Doc. No. 15) is **GRANTED** and the Plaintiff William Joseph Rimel's Motion for Summary Judgment (Doc. No. 11) is **DENIED**.

In accordance with the fourth sentence of 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is hereby **AFFIRMED**.

The Clerk of Court shall mark this case **CLOSED**.

                                                                             s/ Arthur J. Schwab
                                                                             Arthur J. Schwab
                                                                             United States District Judge

cc:      All counsel of record