IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOSEPH RIMEL,<br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>          Defendant. | Civil Action No. 2:13-CV-01209-AJS |

## JUDGMENT ORDER

AND NOW, this 25th day of March, 2014, the Court, having separately ordered the decision of the Commissioner of Social Security be **AFFIRMED**, pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that the final judgment of this Court is entered in favor of Defendant Commissioner of Social Security pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                                      s/ Arthur J. Schwab
                                                      Arthur J. Schwab
                                                      United States District Judge

cc:       All Registered ECF Counsel and Parties